# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Steven Digges and Cheri Digges, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | |
| vs. | ) | |
| | ) | |
| Helmerich & Payne International Drilling Co., and Samson Resources Company, | ) ) | |
| | ) | Case No.: 4:15-cv-051 |
| Defendants. | ) | |

Before the court is a stipulation filed by the parties on June 22, 2015. The parties stipulate that the entity status of the defendant named as "Helmerich & Payne LLC" is incorrect and that correct entity status for that defendant is "Helmerich & Payne International Drilling Co." The parties stipulate that prior and future filings should reflect the correct name of the Helmerich defendant. The court **ADOPTS** the stipulation (Docket No. 17) and **ORDERS** that all references to defendant "Helmerich & Payne LLC" in documents previously filed in this case shall be recognized as references to "Helmerich & Payne International Drilling Co." and that all future filings shall reflect the correct entity status of "Helmerich & Payne International Drilling Co." The Clerk's Office is directed to modify the docket to reflect this change.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2015.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court