# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Steven Digges and Cheri Digges, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Helmerich & Payne International Drilling Co., Samson Resources Company, RM Oil Field Services, LLC, and Swanson Oilfield Services, Inc., | ) | Case No. 4:15-cv-051 |
| | ) | |
| Defendants. | ) | |

The court convened a status conference with the parties by telephone on May 22, 2018. Pursuant to its discussion with the parties, the court rescheduled the final pretrial conference for October 8, 2019, and the jury trial for October 21, 2019. The court now amends its scheduling order as follows:

1. The parties shall have until November 1, 2018, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide the names of expert witnesses and complete reports by November 15, 2018; and

    b. Defendants shall provide the names of expert witnesses and complete reports by January 4, 2019.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other

1

parties, but not filed with the court.)

3. The parties shall have until March 15, 2019, to complete discovery depositions of expert witnesses.

4. The parties shall have until April 1, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2018.

>*/s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court