**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Steven Digges and Cheri Digges, | ) | **ORDER ADOPTING AMENDED** |
| Plaintiffs, | ) | **SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| Helmerich & Payne International Drilling Co.; RM Oil Field Services, LLC; and Swanson Oilfield Services Inc.; | ) | |
| | ) | Case No. 4:15-cv-051 |
| Defendants. | ) | |

Before the court is a Stipulation to Amend the Scheduling/Discovery Plan filed by the parties on November 28, 2018. The court **ADOPTS** the amended plan (Doc. No. 99) and **ORDERS** the existing Scheduling/Discovery Plan **AMENDED** as follows:

1. The parties shall have until <u>January 15, 2019</u>, to complete fact discovery and to file discovery motions.

2. Plaintiffs shall provide the names of expert witnesses and complete reports by <u>January 15, 2019.</u>

3. Defendants shall provide the names of expert witnesses and complete reports by <u>February 15, 2019</u>.

Dated this 29th day of November, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1