# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Steven Digges and Cheri Digges, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Helmerich & Payne International Drilling ) <br> Co;Rocky Mountain Oil Field Services, ) <br> LLC; and Swanson Oilfield Services, Inc., ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br> Case No. 4:15-cv-051 |

On March 29, 2019, the parties filed a "Stipulation to Extend Deadline to Complete Expert Depositions and File Dispositive Motions." The Court **ADOPTS** the parties' stipulation (Doc. No. 113) and amends the pretrial deadlines as follows:

1. The parties shall have until May 14, 2019, to complete expert depositions; and

2. The parties shall have until June 3, 2019, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2019.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court